JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL NEUHEART, | NO. SACV 21-00827 JFW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| PATRICK EATON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 12, 2021

　　　　　　　　　　　　　　　　　　／s／ John F. Walter
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE